IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01317-PAB-MJW

UNITRIN AUTO AND HOME INSURANCE COMPANY,
a New York corporation a/s/o MICHAEL KLEEMAN,

Plaintiff(s),

v.

SCHUMACHER ELECTRIC CORPORATION,
an Illinois corporation,

Defendant(s).

## MINUTE ORDER

      It is hereby ORDERED that defendant's Unopposed Motion for Leave to Attend Rule 16 Scheduling and Planning Conference Telephonically (Docket No. 9) is GRANTED.  Counsel appearing telephonically shall initiate a telephone conference call to the court on July 30, 2012, at 2:00 p.m., (mountain time) by calling (303) 844-2403.  All participating parties are to be on the call *before* the Court is contacted.

Date:  July 23, 2012