IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-01317-PAB-MJW

UNITRIN AUTO AND HOME INSURANCE COMPANY,
a New York corporation a/s/o MICHAEL KLEEMAN,

Plaintiff(s),

v.

SCHUMACHER ELECTRIC CORPORATION,
an Illinois corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 16) is GRANTED. The written Stipulated Protective Order (docket no. 16-1) is APPROVED as amended in paragraphs 14 and 16 and made an Order of Court.

Date: August 8, 2012